UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGIO FRANCISCO SORTO-TABORA,<br><br>  *Petitioner*,<br>v.<br><br>KRISTIE NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>  *Respondents*. | No. 25-cv-05706 (MEF)<br><br>**ORDER** |

\* \* \*

The Court previously ordered the Petitioner to serve the Respondents pursuant to the Federal Rules of Civil Procedure. See ECF 5.

The Petitioner filed proof of service, see ECF 6, but the Court expressed doubt over whether it met the relevant standards. See ECF 7.

The Petitioner argues that it does, and has now provided an update as to further steps he has taken to properly serve the Respondents. See ECF 8.

The Clerk of Court shall cause the latest filing at ECF 8, along with the petition for habeas corpus at ECF 1, to be provided electronically to the Chief of the Civil Division of the United States Attorney's Office for the District of New Jersey.

The United States shall then promptly provide its views as to whether service has been perfected, on or before July 25 at noon.

IT IS on this 23rd day of July, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.